IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLOS RICARDO ANAYA,**

    **Plaintiff,**

v.                                     Case No. 4:14cv498-MW/CAS

**STRENGTH, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 6. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute, failure to comply with an order of the Court, and failure to

1

state a claim.  All pending motions are terminated."  The Clerk shall close the file.

**SO ORDERED on January 6, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
